# UNITED STATES DISTRICT COURT

FILED 20 MAR '25 15:00USDC-ORP

for the

District of Oregon

United States of America
v.

LI TIAN,

*Defendant*

)
)
)
)
)
)
)

Case No. 3:25-cr-00078-IM-2

**ORIGINAL**

**RECEIVED By USMS at 5:55 pm, Mar 05, 2025**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LI TIAN ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy
Bribery of a Public Official
Receipt of Stolen Government Property

Date: 03/05/2025

City and State: Portland, OR

s/D. Norris
*Issuing officer's signature*

D. Norris, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/5/2025 , and the person was arrested on *(date)* 3/6/2025
at *(city and state)* PORTLAND, OR .

Date: 3/19/2025

OSO - FBI
*Arresting officer's signature*

*Printed name and title*