**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00078-IM |
| v. | **PROTECTIVE ORDER** |
| **RUOYU DUAN, aka "Duan Xiao Yu," aka "D.X.Y.," aka "Lao Duan," aka "Little Fish"; and LI TIAN,** | |
| **Defendants.** | |

Upon motion of the United States, this Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, counsel for defendants shall not provide defendants with copies of any discovery material produced by the government which contain:

(a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information" or "PII") unless it belongs to the defendant or

unless defense counsel first redacts the Personal Information from the discovery material; or

(b) financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, tax return information, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant, or unless defense counsel first redacts the Financial Information from the discovery material.

(c) sensitive military information, including any information from the military, particularly from the United States Army, including technical manuals, presentations, or any other information belonging to the U.S. Army or any other branch of the U.S. military.

IT IS FURTHER ORDERED that defendants are allowed to view the unredacted discovery under the active supervision of defense counsel—that is, the unredacted discovery will be under the custody and control of defense counsel during each defendant's review.

IT IS FURTHER ORDERED that neither defense counsel nor defendants shall provide any discovery material produced by the government, regardless of whether the material is redacted, to any person not a party to this case without the government's express written permission, except that defense counsel may provide discovery material, regardless of whether it

/ / /

/ / /

/ / /

/ / /

is redacted, to members of the defense team and to those persons who are necessary to assist counsel in preparation for trial or other proceedings

Dated: March 25th, 2025

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CAB #267196
GEOFFREY A. BARROW, D.C. #462662
Assistant United States Attorney